# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NATHANIEL BRABHAM,  
    Plaintiff

    v.

DR. JOSEPH MOLLURA, ET AL.,  
    Defendants

CIVIL NO. 3:15-CV-0607

(JUDGE NEALON)  
(MAGISTRATE JUDGE SCHWAB)

## ORDER

**NOW**, **THIS 14TH DAY OF APRIL, 2015,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 8), is **ADOPTED**;

2. Plaintiff's complaint, (Doc. 1), is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                **/s/ William J. Nealon**  
                                                **United States District Judge**